# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY TRAINOR, # B-51552,
MICHAEL TURNER, # K-51650,
JAMES GROLEAU, # R-52557,
DYLAN METZEL, # B-56652,
and KEVEREZ TANZY, # B-76690,

      Plaintiffs,

v.                                                              No. 3:17-cv-00627-DRH

LARRY GEBKE,
ROBERT C. MUELLER,
MONICA CHRISTIANSON,
and OFFICER ROVENSTEIN,

      Defendants.

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court for consideration of the response filed by Dylan Metzel (Doc. 18) to this Court's Order of July 20, 2017 (Doc. 13). As a non-lead Plaintiff in this case, Metzel was ordered to advise the Court in writing whether he wished to continue as a Plaintiff in this group action.

Metzel states that he does not wish to participate in the action, and asks to be removed from the lawsuit. (Doc. 18). His request shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that **DYLAN METZEL** is voluntarily **DISMISSED** as a co-Plaintiff in this action. In accordance with the Court's July 20, 2017, order (Doc. 13) Metzel shall not be assessed a filing fee for this case.

1

The Clerk is **DIRECTED** to send a copy of this order to each of the Plaintiffs who remain in this case.

**IT IS SO ORDERED**.

Signed this 8th day of August, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.08.08 16:32:42 -05'00'

**UNITED STATES DISTRICT JUDGE**