IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY TRAINOR, # B-51552,
MICHAEL TURNER, # K-51650,
JAMES GROLEAU, # R-52557,
and KEVEREZ TANZY, # B-76690,

    Plaintiffs,

v.                                       No. 3:17-cv-00627-DRH

LARRY GEBKE,
ROBERT C. MUELLER,
MONICA CHRISTIANSON,
and OFFICER ROVENSTEIN,

    Defendants.

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court for consideration of the response filed by James Groleau (Doc. 21) to this Court's Order of July 20, 2017 (Doc. 13). As a non-lead Plaintiff in this case, Groleau was ordered to advise the Court in writing whether he wished to continue as a Plaintiff in this group action.

Groleau states that he does not wish to pursue this matter, and asks to be removed from the action. (Doc. 21). His request shall be granted.

**IT IS THEREFORE ORDERED** that **JAMES GROLEAU** is voluntarily **DISMISSED** as a co-Plaintiff in this action. In accordance with the Court's July 20, 2017, order (Doc. 13) Groleau shall not be assessed a filing fee for this case.

1

The Clerk is **DIRECTED** to send a copy of this order to each of the Plaintiffs who remain in this case.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2017.

Judge Herndon
2017.08.21
15:57:05 -05'00'

**UNITED STATES DISTRICT JUDGE**